# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JAMES N. JACKSON, #30895**                                              **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO.  3:05cv579WHB-JCS**

**RONALD W. KING AND JIM HOOD**                                       **RESPONDENTS**

### O R D E R

The Court is in receipt of a letter-motion [13-1] from the pro se petitioner in the above entitled action in which he states that he wishes to either have his case held in abeyance or to voluntarily dismiss the above entitled action.  The Court is of the opinion that the letter-motion is well taken and should be granted to the extent that this cause shall be **dismissed without prejudice**.

**SO ORDERED** this the   16th   day of March, 2006.


      s/ James C. Sumner
      UNITED STATES MAGISTRATE JUDGE